698 1/2 SOUTH OGDEN STREET
BUFFALO, NY 14206-2317



Reference# REDACTED

**REDACTED**

ıｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌｌ

T17  P1*********AUTO**3-DIGIT 076

Daniel Nicasio
**REDACTED**
BERGENFIELD, NJ  07621-1123

**CAPITAL MANAGEMENT SERVICES, LP**
698 1/2 South Ogden Street Buffalo, NY 14206-2317
Office Hours: M-F 8 am - 9 pm ET
Sat 8 am - 1 pm ET
Toll Free: 1-800-355-3293, Fax: 716-512-6046

Original Creditor: BARCLAYS BANK DELAWARE
Current Creditor: BARCLAYS BANK DELAWARE
Description: Apple
Account #: REDACTED
Amount of Debt: $1656.77

Dear Daniel Nicasio:                                          March 05, 2015

Our records indicate that we have not received a payment toward your debt to BARCLAYS BANK DELAWARE since our first notice. We wish to inform you that we are willing to negotiate a repayment arrangement with you. We are authorized to accept payment on this account provided it is received in a timely manner.

You may send a payment to Capital Management Services, LP. at 698 1/2 South Ogden Street Buffalo, NY 14206-2317. Our representatives are trained to offer assistance regarding this obligation. For account inquiries, you may contact Capital Management Services, LP. by calling 1-800-355-3293 Mon. through Fri. 8 am to 9 pm ET, Sat. 8 am to 1 pm ET. You may also make payments online at: www.cms-trans.com.

This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

3900/G1

Capman-122733.let  122460 * 02-BARCLAYS BANK DELAWARE-004501-NJ * 333

# [EXHIBIT A]

698 1/2 SOUTH OGDEN STREET
BUFFALO, NY 14206-2317



**CAPITAL MANAGEMENT SERVICES, LP**
698 1/2 South Ogden Street Buffalo, NY 14206-2317
Office Hours: M-F 8 am - 9 pm ET
Sat 8 am - 1 pm ET
Toll Free: 1-800-355-3293, Fax: 716-512-6046

Reference# REDACTED

**|REDACTED**

||||ı|ı|ıı|ıı||ıı•ı|||ı|ıı|ıı•ıı|||||ı•|ı|ı|ı|ı|••ı|ıı•ıı|ı|ı|

T78  P2****AUTO**ALL FOR AADC 076

Daniel Nicasio
REDACTED
BERGENFIELD, NJ  07621-1123

Original Creditor: BARCLAYS BANK DELAWARE
Current Creditor: BARCLAYS BANK DELAWARE
Description: Apple
Account #: REDACTED
Amount of Debt: $1656.77

Dear Daniel Nicasio:

April 08, 2015

Our records indicate that we have not received a payment toward your debt to BARCLAYS BANK DELAWARE since our first notice. We wish to inform you that we are willing to negotiate a repayment arrangement with you. We are authorized to accept payment on this account provided it is received in a timely manner.

You may send a payment to Capital Management Services, LP. at 698 1/2 South Ogden Street Buffalo, NY 14206-2317. Our representatives are trained to offer assistance regarding this obligation. For account inquiries, you may contact Capital Management Services, LP. by calling 1-800-355-3293 Mon. through Fri. 8 am to 9 pm ET, Sat. 8 am to 1 pm ET. You may also make payments online at: www.cms-trans.com.

This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

# [EXHIBIT A]

16175\G5    Capmai-122733.let  163260 * 02-BARCLAYS BANK DELAWARE-004501-NJ * 682